IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRYAN L. PERDUE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 11-1085-GPM |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

This matter is before the Court on Plaintiff's motion to dismiss without prejudice (Doc. 5). In its Order at Doc. 3, the Court ordered Plaintiff to show cause why this action should not be dismissed for lack of subject matter jurisdiction. Plaintiff has responded, agreeing with the Court that there is no federal subject matter jurisdiction here. Plaintiff's "Motion to Dismiss" therefore discharges the Court's Order to Show Cause. As more fully explained in the Court's Order at Doc. 3, the foreign country exception to the Federal Tort Claims Act applies here. *See* 28 U.S.C. § 2680(k). This case is therefore **DISMISSED without prejudice** for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

DATED: January 3, 2012

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge